UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Myia Angela Standberry,                    Court File No. 023-cv-00221 DWF/DLM

Plaintiff,

vs.

Ramsey County, Steven Eddicus, and
Joe Stradinger,

Defendants.

---

**THE PARTIES' JOINT UPDATE REGARDING REGIONS MEDICAL RECORDS AND THE PRESENTATION OF VIDEO DURING OPENING STATEMENTS**

---

Pursuant to the Court's Orders (Doc. Nos. 114 and 118), the parties have met and conferred regarding their intended use of the Regions medical records at trial and the presentation of body worn camera video during opening statements. The parties submit the following joint update to the Court:

The Parties' Use of Regions Medical Records

Both Plaintiff and Defendants intend to use the portions of Ms. Moody's Regions medical records from the February 6, 2020 incident only. The parties intend to use the following pages: 1000-1009, 1029-1036, 1038-1046, 1054-1063, 1065-1069, 1081-1092, 1107, 1119, 1130-1131, 1135-1136, 1139-1159, 1328, 1744.

<u>Presentation of Video During Opening Statements</u>

Plaintiff plans to present Defendant Eddicus's body worn camera video footage (P-1/D-1) from minutes 05:12 to 17:16 during her opening statement.

Defendants do not intend to use any body worn camera video footage during their opening statement. Defendants have no objections to Plaintiff's proposed intended use of Deputy Eddicus's body worn camera footage during opening statements.

Dated: April 8, 2026

s/Paul J. Bosman
Paul J. Bosman, #0388865
PJB Law
2136 Ford Parkway, #5328
St. Paul, MN 55116-1863
(651) 485-7046
paul@pjblawmn.com

*Attorney for Plaintiff*

Dated: April 8, 2026

s/Ashley M. Ramstad
Jason M. Hiveley, #311546
Ashley M. Ramstad, #402446
Emma M. Baker, #505333
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
jasonh@iversonlaw.com
ashley@iversonlaw.com
emma@iversonlaw.com
*Attorneys for Defendants*