**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**REDACTED**

Myia Angela Standberry, *as Trustee for
the Next of Kin of Nekeya Tamara Moody*,

Civil No. 23-221 (DWF/EMB)

Plaintiff,

v.

**SPECIAL VERDICT FORM**

Ramsey County, Steven Eddicus, and Joe
Stradinger,

Defendants.

**EXCESSIVE FORCE**

1.    Do you find, by greater weight of the evidence, that Deputy Stradinger used excessive force against Nekeya Moody after she was placed on her stomach and stopped moving?

Yes _____          No \_\_\_X_____

**DELIBERATE INDIFFERENCE**

2.    Do you find, by greater weight of the evidence, that on February 6, 2020, Nekeya Moody suffered from a serious medical need?

Yes _____          No \_\_\_X_____

*If you answered "No" to Question 2, skip to Question 5.*
*If you answered "Yes" to Question 2, proceed to Question 3a.*

*Defendant Steven Eddicus*:

    3.a.    Do you find, by greater weight of the evidence, that Defendant Steven Eddicus knew about Nekeya Moody's serious medical need?

    Yes _____        No _____

*If you answered "No" to Question 3a, skip to Question 4a.*
*If you answered "Yes" to Question 3a, proceed to Question 3b.*

    3.b.    Do you find, by greater weight of the evidence, that Defendant Steven Eddicus deliberately disregarded Nekeya Moody's serious medical need?

    Yes _____        No _____

*Proceed to Question 4a.*

*Defendant Joe Stradinger:*

    4.a.    Do you find, by greater weight of the evidence, that Defendant Joe Stradinger knew about Nekeya Moody's serious medical need?

    Yes _____        No _____

*If you answered "No" to Question 4a, skip to Question 5.*
*If you answered "Yes" to Question 4a, proceed to Question 4b.*

4.b.    Do you find, by greater weight of the evidence, that Deputy Stradinger deliberately disregarded Nekeya Moody's serious medical need?

Yes _____          No _____

*Proceed to Question 5.*

## **WRONGFUL DEATH**

*If you answered "Yes" to Question 1, proceed with Question 5.*
*If you answered "No" to Question 1, your deliberations are concluded. Skip Question 5 and have the foreperson sign and date this verdict form below.*

5.    Do you find, by greater weight of the evidence, that Defendant Joe Stradinger acted willfully or maliciously in using force against Nekeya Moody after she was placed on her stomach and stopped moving?

Yes _____          No _____

April 15, 2026
Date

SIGNATURE REDACTED

Foreperson

3